# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MON ETHOS PRO CONSULTING, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RAYMONT EDMONDS,<br><br>　　　　　　Defendant. | Civil Action No. _____<br><br><br>**NOTICE OF REMOVAL** |

TO:　The Honorable Judges of the
　　　United States District Court
　　　District of Massachusetts

Petitioner Raymont Edmonds ("Mr. Edmonds"), defendant in the above-captioned matter, states:

1.　Mr. Edmonds desires to exercise his rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court of Suffolk County, Commonwealth of Massachusetts, in which said cause is now pending under the name and style *Mon Ethos Pro Consulting, LLC v. Raymont Edmonds*, Civil Action No. 1984-CV-03293-E.

2.　As of the date of this filing, Mr. Edmonds has not been served with the complaint and summons. He has, however, "received" (within the meaning of 28 U.S.C. § 1446(b)(1)) a copy of the initial pleading on or about May 4, 2019.

3.　A copy of the Summons and Complaint and all other papers received in this case to date are attached collectively hereto as Exhibit A (tracking order, summons and complaint) and Exhibit B (notice of taking deposition).

4. Plaintiff's Complaint alleges that Mr. Edmonds breached a five-year exclusive personal service contract dated August 9, 2018.  Plaintiff is a limited liability company with is principal place of business at 63 Summit Avenue, Winthrop, Massachusetts.  Plaintiff is a citizen of the commonwealth of Massachusetts for the purposes of 28 U.S.C. § 1332.  Mr. Edmonds is an individual residing at 505 Ridgemont Drive, Pittsburgh, Pennsylvania.  Mr. Edmonds is a citizen of the state of Pennsylvania for the purposes of 28 U.S.C. § 1332.  The amount in controversy exceeds $75,000 for the purposes of 28 U.S.C. § 1332.  Accordingly, this Court has original jurisdiction over the action pursuant 28 U.S.C. § 1332 and it may be removed to this Court by Mr. Edmonds pursuant to 28 U.S.C. § 1441.

5. Mr. Edmonds is filing this Notice within thirty (30) days after his "receipt" of the initial pleading, as required by 28 U.S.C. § 1446.

6. Mr. Edmonds will promptly serve a notice to counsel for plaintiff and lead counsel for Mr. Edmonds of the filing of this Notice of Removal (attached hereto as <u>Exhibit C</u>) and will file a copy of this Notice of Removal with the Clerk of the Superior Court of Suffolk County, pursuant to 28 U.S.C. § 1446(d) (attached hereto as <u>Exhibit D</u>).

WHEREFORE, Defendant Mr. Edmonds prays that the above action now pending against him in the Superior Court of Suffolk County, Commonwealth of Massachusetts, be removed therefrom to this Court.

Respectfully submitted,

Raymont Edmonds,

By his attorneys:

_____
Mark M. Whitney, Esq. (BBO # 637054)
Maureen T. DeSimone, Esq. (BBO # 703358)
WHITNEY LAW GROUP, LLC
160 Washington Street
Marblehead, MA 01945
P: (781) 631-4400
E: mwhitney@whitneylawgroup.com
E: mdesimone@whitneylawgroup.com
*Local Counsel for Defendant*

John H. Rushford, Esq.
CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com
*Lead Counsel for Defendant*

Dated: June 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel by first-class U.S. Mail and a courtesy copy sent by e-mail this 3rd day of June 2019:

| *Counsel for Plaintiff:* | *Lead Counsel for Defendant*: |
|---|---|
| Ronald W. Dunbar, Jr., Esq. | John H. Rushford, Esq. |
| Dunbar Goloboy, LLP | Cafardi, Ferguson, Wyrick, Weis + Stotler, LLC |
| 197 Portland Street, 5th Floor | 2605 Nicholson Road, Suite 2201 |
| Boston, MA 02114 | Sewickley, PA 15143 |
| (617) 244-3550 | (412) 515-8900 |
| dunbar@dunbarlawpc.com | jrushford@cfwws.com |

_____
Mark M. Whitney, Esq.