## Commonwealth of Massachusetts

SUFFOLK, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. __1884 CV 03293 E__

__Mon Ether Pro Consulting LLC__, PLAINTIFF(S),

v. __Raymont Edmonds__, DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO __Raymont Edmonds__ (Defendant's name) 505 Ridgemont Drive, Pittsburgh, Pennsylvania 15220

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the __Suffolk Superior__ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court _and_ mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your signed original response with the Clerk's Office for Civil Business, __Suffolk__ Court, 3 Pemberton Sq., Boston, MA 02108 (address), by mail or in person, AND

   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: __Donald Dunbar 197 Portland St., Boston, MA 02114__

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY, ss					SUPERIOR COURT
									CIVIL ACTION NO.

```
)
Mon Ethos Pro Consulting, LLC,   )
        Plaintiff                )
                                 )
v.                               )
                                 )
Raymont Edmonds,                 )
        Defendant                )
                                 )
```

## COMPLAINT

### Parties

1.  The Plaintiff, Mon Ehtos Pro Consulting, LLC ("MEPC"), is a Massachusetts limited liability company with its principal place of business at 63 Summit Avenue, Winthrop, Suffolk County, Massachusetts.

2.  The Defendant, Raymont Edmonds ("Edmonds") is an individual residing at 505 Ridgemont Drive, Pittsburgh, Pennsylvania. Edmonds agreed that "any controversy arising under this Agreement shall be adjudicated under the jurisdiction of a competent court within the State of Massachusetts."

### Facts

3.  MEPC and Edmonds entered into a five year exclusive contract dated August 9, 2018 ("Edmonds Contract"). The next day, on August 10, 2018, MEPC issued an extensive press release, to dozens of news outlets, promoting Edmonds, his success and abilities. An example of the press release can be found at www.abc-7.com/story/38861989/pro-athlete-raymont-edmonds-signs-with-mon-ethos-pro.

1

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 1884CV03293 E | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Mon Ethos Pro Consulting LLC vs. Raymont Edmonds | | Michael Joseph Donovan, Clerk of Court |
| TO: , | | COURT NAME & ADDRESS Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                    DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 01/22/2019 | |
| Response to the complaint filed (also see MRCP 12) | | 02/20/2019 | |
| All motions under MRCP 12, 19, and 20 | 02/20/2019 | 03/22/2019 | 04/22/2019 |
| All motions under MRCP 15 | 02/20/2019 | 03/22/2019 | 04/22/2019 |
| All discovery requests **and depositions** served and non-expert depositions completed | 08/19/2019 | | |
| All motions under MRCP 56 | 09/18/2019 | 10/18/2019 | |
| Final pre-trial conference held and/or firm trial date set | | | 02/17/2020 |
| Case shall be resolved and judgment shall issue by | | | 10/22/2020 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 10/23/2018 | ASSISTANT CLERK Margaret M Buckley | PHONE (617)788-8144 |
|---|---|---|

Date/Time Printed: 10-23-2018 10:50:23                                                              SCV026\ 08/2018

4. Pursuant to the Edmonds Contract, MEPC was engaged, among other things, as Edmonds' "exclusive talent agency for a period of five years from date hereof to negotiate contracts for the rendition of [Edmond's] professional services as an artist or otherwise in the fields of business, fashion, art, bodybuilding, motion pictures, legitimate stage, television, social media, press, advertising, and other fields of sports and/or entertainment." MEPC was hired to "promote [Edmonds'] career and to do all the things necessary and desirable to promote [Edmonds'] career and earnings therefrom."

5. Edmonds agreed that MEPC "may publicly represent [itself] as [Edmonds'] exclusive manager, and for the purposes of this Agreement, [Edmonds granted MEPC] the right to use [Edmonds'] likeness, photograph, and approved biographical material and the like as in [MEPC's] reasonable discretion shall be advisable."

6. As compensation for its services, MEPC is entitled to receive from Edmonds "30 Percent (30%) of one hundred percent (100%) of [Edmond's] "Gross Earnings." The term "Gross Earnings" refers to "the total of all earnings, whether in the form of salaries, earnings, fess, bonuses, royalties, advances against royalties, sponsorship fees, endorsement fees, residuals, deferred compensation, any and all payments in connection with [Edmonds'] services and or talent, interest, shares of profits, or any other kind or type of income which is reasonably related to my career."

7. Edmonds also agreed to "indemnify and hold [MEPC] harmless from any and all claims and from any and all loss, damage, liability or expense, including cost of suit and reasonable attorneys fees, resulting from or arising out of the breach of any agreement, representation or warranty made by [Edmonds] herein."

2

8. Edmonds agreed "to pay [MEPC] in perpetuity, compensation following the expiration or termination of this Agreement with respect to any and all engagements, contracts and agreements, or extensions or amendments thereto, entered into during the Term or offers initiated or negotiated during the Term and consummated or executed within three (3) months following the expiration of the Term hereof."

9. Edmonds has breached the Edmonds Contract by, among other things, attempting to unilaterally terminate the Edmonds Contract when he has absolutely no right to terminate it. Moreover, MEPC has learned that Edmonds has a sponsorship with American Made Nutrition ("AMN"). Edmonds has refused to tender to MEPC its 30% of the AMN sponsorship fee. Edmonds is attempting to extract concessions from MEPC that he is not entitled and is forcing MEPC to file suit to recover fees rightfully owed to it.

10. Upon information and belief, Edmonds has secured other deals wherein MEPC would be entitled to its fee but Edmonds has failed to pay MEPC.

## COUNT I

### (Breach of Contract)

11. MEPC repeats and realleges the above paragraphs.

12. MEPC and Edmonds entered into the Edmonds Contract.

13. Through his actions above, Edmonds breached the Edmonds Contract.

14. As a result of Edmonds breach, MEPC suffered damages.

The Plaintiff,
Mon Ehtos Pro Consulting, LLC,
By her attorney,

/s/ Ronald W. Dunbar, Jr.
Ronald W. Dunbar, Jr., BBO# 567023
Dunbar Goloboy, LLP
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550 (telephone)
(617) 248-9751 (facsimile)

Dated: September 11, 2018