

# CAFARDI FERGUSON WYRICK WEIS + STOTLER llc

John H. Rushford
jrushford@cfwws.com

August 16, 2018

**VIA E-MAIL (info@monehtose.com) and First Class Mail**

David Whitaker
Owner
Mon Ethos Pro Consulting, LLC
354 Main Street
Winthrop MA 02152

**RE: Raymont Edmonds Contract**

Dear Mr. Whitaker:

Please be advised I represent Raymont Edmonds. Having review the 5-year exclusive contract Mr. Edmonds hereby revokes his offer of acceptance of the contract.

Please cease any and all marketing and references to Mr. Edmonds.

Very truly yours,

Cafardi Ferguson Wyrick Weis + Stotler llc
By: John H. Rushford

JHR/nld

cc: Raymont Edmonds