UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MON ETHOS PRO CONSULTING, LLC,
    Plaintiff,

    V.                                        Case Number: 1:19-cv-11234-ADB

RAYMONT EDMONDS,
    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Joseph J. Balliro, Jr., for all purposes on behalf of the Plaintiff, Mon Ethos Pro Consulting, LLC.

                                          Respectfully Submitted,
                                          On Behalf of the Plaintiff
                                          Mon Ethos Pro Consulting, LLC

                                          /s / *Joseph J. Balliro, Jr.*
                                          Joseph J. Balliro, Jr., Esquire
                                          Balliro & Balliro
                                          Law Office of Joseph J. Balliro, Jr.
                                          300 Salem Street
                                          Wilmington, Massachusetts 01887
                                          (617) 823-2576
                                          BBO# 550194
                                          joeballirojr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing document through the CM/ECF system which will be sent electronically to the registered participants as identified on the NEF.

                                            /s / *Joseph J. Balliro, Jr.*

## CERTIFICATION

    I, Joseph J. Balliro, Jr., do hereby certified the above Notice of Appearance complies with Rule 5.2 of the Federal Rules of Civil Procedure, Privacy Protection For Filings Made with the Court and all Local Rules regarding the Protection of Privacy.

                                                                            /s / *Joseph J. Balliro, Jr.*

Dated:  June 27, 2019