## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mon Ethos Pro Consulting, LLC, ) | |
| ) | |
| Plaintiff, ) | Case Number:  1:19-cv-11234-ADB |
| ) | |
| v. ) | |
| ) | |
| Raymont Edmonds, ) | |
| Defendant ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Ronald W. Dunbar, Jr. as counsel to the plaintiff in the above-referenced case.  Joseph J. Balliro, Jr. has entered his appearance on behalf of the plaintiff.

Mon Ethos Pro Consulting, LLC
By its Attorneys,

/s/ Ronald W. Dunbar, Jr.

Ronald W. Dunbar, Jr., BBO# 567023
Dunbar Law P.C.
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550 (telephone)
dunbar@dunbarlawpc.com
goloboy@dunbarlawpc.com

Dated:  June 27, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing document through the CM/ECF system which will be sent electronically to all registered participants.

/s/ Ronald W. Dunbar, Jr.

Ronald W. Dunbar, Jr.