# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MON ETHOS PRO CONSULTING, LLC,

    Plaintiff,

v.

RAYMONT EDMONDS,

    Defendant.

Civil Action No. 19-cv-11234-ADB

## NOTICE OF APPEARANCE OF MARK WHITNEY

Please enter the appearance of Mark M. Whitney, Esq., of Whitney Law Group, LLC, as counsel for the defendant Raymont Edmonds in the above captioned matter.

    Respectfully submitted,

    RAYMONT EDMONDS,

    By his attorneys:

    */s/ Mark M. Whitney*

    _____
    Mark M. Whitney, Esq. (BBO # 637054)
    Maureen T. DeSimone, Esq. (BBO # 703358)
    WHITNEY LAW GROUP, LLC
    160 Washington Street
    Marblehead, MA 01945
    P: (781) 631-4400
    E: mwhitney@whitneylawgroup.com
    E: mdesimone@whitneylawgroup.com
    *Local Counsel for Defendant*

John H. Rushford, Esq.
CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com
*Lead Counsel for Defendant*

Dated: July 1, 2019

## **CERTIFICATE OF SERVICE**

    I, Mark M. Whitney, counsel for Defendant Raymont Edmonds, do hereby certify that a true and accurate copy of the foregoing document, which was filed via the Court's ECF system on July 1, 2019 will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants.

                                                                                          /s/ *Mark M. Whitney*
                                                                                        Mark M. Whitney