

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

## 1884CV03293 Mon Ethos Pro Consulting LLC vs. Edmonds, Raymont

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Contract / Business Cases | **FILE DATE:** | 10/23/2018 |
| **ACTION CODE:** | A01 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Services, Labor and Materials | | |
| **CASE DISPOSITION DATE** | 06/13/2019 | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 06/13/2019 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil E |

| PARTIES | | |
|---|---|---|
| **Plaintiff**<br>Mon Ethos Pro Consulting LLC | **Attorney**<br>Ronald W Dunbar<br>Dunbar Law PC<br>Dunbar Law PC<br>197 Portland St 5th Floor<br>Boston, MA 02114<br>Work Phone (617) 244-3550<br>Added Date: 10/23/2018 | 567023 |
| **Defendant**<br>Edmonds, Raymont | **Attorney**<br>Mark M Whitney<br>Whitney Law Group, LLC<br>Whitney Law Group, LLC<br>160 Washington St<br>Marblehead, MA 01945<br>Work Phone (781) 631-4400<br>Added Date: 06/06/2019 | 637054 |
| | **Attorney**<br>Maureen T DeSimone<br>Whitney Law Group, LLC<br>Whitney Law Group, LLC<br>160 Washington St<br>Marblehead, MA 01946<br>Work Phone (781) 631-4400<br>Added Date: 06/06/2019 | 703358 |



# COMMONWEALTH OF MASSACHUSETTS
## SUFFOLK COUNTY CIVIL
### Docket Report

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| 10/23/2018 | | Attorney appearance<br>On this date Ronald W Dunbar, Jr., Esq. added for Plaintiff Mon Ehtos Pro Consulting LLC | |
| 10/23/2018 | | Case assigned to:<br>DCM Track F - Fast Track was added on 10/23/2018 | |
| 10/23/2018 | 1 | Original civil complaint filed. | |
| 10/23/2018 | 2 | Civil action cover sheet filed.<br><br>(26,000) (trk) | |
| 10/23/2018 | | Demand for jury trial entered. | |
| 10/24/2018 | | Notice of 93A complaint sent to Attorney General | |
| 03/15/2019 | 3 | Service Returned for<br>Defendant Edmonds, Raymont: Service via certified mail; | |
| 03/18/2019 | 4 | Mon Ethos Pro Consulting LLC's request for Default 55(a)<br><br>Applies To: Edmonds, Raymont (Defendant) | |
| 05/06/2019 | 5 | Affidavit of Personal Service upon Defendant Raymont Edmonds, Service made in hand 5/4/19 | |
| 06/06/2019 | | Attorney appearance<br>On this date Mark M Whitney, Esq. added for Defendant Raymont Edmonds | |
| 06/06/2019 | 6 | Notice of Removal to the United States District Court filed by<br><br>Defendant (US Dist# 19-cv-11234)<br><br>Applies To: Edmonds, Raymont (Defendant) | |
| 06/06/2019 | | Attorney appearance<br>On this date Maureen T DeSimone, Esq. added for Defendant Raymont Edmonds | |
| 06/13/2019 | | REMOVED to the U.S. District Court<br>of Massachusetts | |
| 06/13/2019 | | Case transferred to another court. | |

I HEREBY ATTEST AND CERTIFY ON

June 18, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: 

First Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY, ss

SUPERIOR COURT
CIVIL ACTION NO.
18 - 3293E

———————————————————  )
Mon Ethos Pro Consulting, LLC,  )
      Plaintiff  )
v.  )
        )
Raymont Edmonds,  )
      Defendant  )
———————————————————  )

2018 OCT 23  A 10: 41

## COMPLAINT

### Parties

1.      The Plaintiff, Mon Ehtos Pro Consulting, LLC ("MEPC"), is a Massachusetts limited liability company with its principal place of business at 63 Summit Avenue, Winthrop, Suffolk County, Massachusetts.

2.      The Defendant, Raymont Edmonds ("Edmonds") is an individual residing at 505 Ridgemont Drive, Pittsburgh, Pennsylvania. Edmonds agreed that "any controversy arising under this Agreement shall be adjudicated under the jurisdiction of a competent court within the State of Massachusetts."

### Facts

3.      MEPC and Edmonds entered into a five year exclusive contract dated August 9, 2018 ("Edmonds Contract"). The next day, on August 10, 2018, MEPC issued an extensive press release, to dozens of news outlets, promoting Edmonds, his success and abilities. An example of the press release can be found at www.abc-7.com/story/38861989/pro-athlete-raymont-edmonds-signs-with-mon-ethos-pro.

4.     Pursuant to the Edmonds Contract, MEPC was engaged, among other things, as Edmonds' "exclusive talent agency for a period of five years from date hereof to negotiate contracts for the rendition of [Edmond's] professional services as an artist or otherwise in the fields of business, fashion, art, bodybuilding, motion pictures, legitimate stage, television, social media, press, advertising, and other fields of sports and/or entertainment." MEPC was hired to "promote [Edmonds'] career and to do all the things necessary and desirable to promote [Edmonds'] career and earnings therefrom."

5.     Edmonds agreed that MEPC "may publicly represent [itself] as [Edmonds'] exclusive manager, and for the purposes of this Agreement, [Edmonds granted MEPC] the right to use [Edmonds'] likeness, photograph, and approved biographical material and the like as in [MEPC's] reasonable discretion shall be advisable."

6.     As compensation for its services, MEPC is entitled to receive from Edmonds "30 Percent (30%) of one hundred percent (100%) of [Edmond's] "Gross Earnings." The term "Gross Earnings" refers to "the total of all earnings, whether in the form of salaries, earnings, fess, bonuses, royalties, advances against royalties, sponsorship fees, endorsement fees, residuals, deferred compensation, any and all payments in connection with [Edmonds'] services and or talent, interest, shares of profits, or any other kind or type of income which is reasonably related to my career."

7.     Edmonds also agreed to "indemnify and hold [MEPC] harmless from any and all claims and from any and all loss, damage, liability or expense, including cost of suit and reasonable attorneys fees, resulting from or arising out of the breach of any agreement, representation or warranty made by [Edmonds] herein."

8.     Edmonds agreed "to pay [MEPC] in perpetuity, compensation following the expiration or termination of this Agreement with respect to any and all engagements, contracts and agreements, or extensions or amendments thereto, entered into during the Term or offers initiated or negotiated during the Term and consummated or executed within three (3) months following the expiration of the Term hereof."

9.     Edmonds has breached the Edmonds Contract by, among other things, attempting to unilaterally terminate the Edmonds Contract when he has absolutely no right to terminate it.  Moreover, MEPC has learned that Edmonds has a sponsorship with American Made Nutrition ("AMN").  Edmonds has refused to tender to MEPC its 30% of the AMN sponsorship fee.  Edmonds is attempting to extract concessions from MEPC that he is not entitled and is forcing MEPC to file suit to recover fees rightfully owed to it.

10.     Upon information and belief, Edmonds has secured other deals wherein MEPC would be entitled to its fee but Edmonds has failed to pay MEPC.

## COUNT I

### (Breach of Contract)

11.     MEPC repeats and realleges the above paragraphs.

12.     MEPC and Edmonds entered into the Edmonds Contract.

13.     Through his actions above, Edmonds breached the Edmonds Contract.

14.     As a result of Edmonds breach, MEPC suffered damages.

## COUNT II

### (Violation of G.L. c.93A, section 11)

15.     Edmonds is "engaged in trade or commerce" within the meaning of M.G.L. c. 93A, §1.

16.     Edmonds' actions set forth above constitute unfair and deceptive acts or practices in violation of M.G.L. c. 93A and the Attorney General's regulations promulgated thereunder.

17.     The acts and practices of Edmonds were done in willful and knowing violation of M.G.L. c. 93A.

18.     As a result of Edmonds' conduct, MEPC has sustained damages, including attorneys' fees, costs and interest.

**WHEREFORE**, the Plaintiff prays that this Honorable Court:

1.  Enter judgment against the Defendant on Counts I through II of the Complaint;

2.  Treble the damages awarded under Count II and

3.  Grant such other and further relief as this Court deems just.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE**

The Plaintiff,
Mon Ehtos Pro Consulting, LLC,
By her attorney,

Ronald W. Dunbar, Jr., BBO# 567023
Dunbar Goloboy, LLP
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550 (telephone)
(617) 248-9751 (facsimile)

Dated: September 12, 2018

I HEREBY ATTEST AND CERTIFY ON
June 17, 2019 . THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

Asst. Clerk

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 18-3293E | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| PLAINTIFF(S): Mon Ethos Pro Consulting LLC | COUNTY |
|---|---|
| ADDRESS: | Suffolk |

DEFENDANT(S): Raymont Edmonds

| ATTORNEY: Ronald W. Dunbar, Jr. | ADDRESS: |
|---|---|
| ADDRESS: 197 Portland Street | |
| Boston, MA 02114 | |

BBO: 567023

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A01 | Breach of contract | F | [X] YES [ ] NO |

*If "Other" please describe:

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................. $ _____
2. Total doctor expenses .............................................................. $ _____
3. Total chiropractic expenses ..................................................... $ _____
4. Total physical therapy expenses ............................................. $ _____
5. Total other expenses (describe below) ................................... $ _____
Subtotal (A): $ _____

B. Documented lost wages and compensation to date ......................................................... $ _____
C. Documented property damages to dated ........................................................................ $ _____
D. Reasonably anticipated future medical and hospital expenses ........................................ $ _____
E. Reasonably anticipated lost wages ................................................................................ $ _____
F. Other documented items of damages (describe below) .................................................... $ _____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F):$ _____

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $ 26,0000 plus

**Signature of Attorney/Pro Se Plaintiff: X**          **Date:**

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

**Signature of Attorney of Record: X**          **Date: 10/17/18**

I HEREBY ATTEST AND CERTIFY ON
June 17, 2019, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

# Commonwealth of Massachusetts

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 1884 CV 03293E

Mon Ether Pro Consulting LLC
_____, PLAINTIFF(S),

v. Raymont Edmonds
_____, DEFENDANT(S)

## SUMMONS

THIS SUMMONS IS DIRECTED TO Raymont Edmonds _____ (Defendant's name)

505 Ridgemont Drive, Pittsburgh, Pennsylvania 15220

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Suffolk Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.** To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
    a. Filing your signed original response with the Clerk's Office for Civil Business, Suffolk Court, 3 Pemberton Sq. Boston, MA 02108 (address), by mail or in person, **AND**
    b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: Ronald Dunbar, 197 Portland St. Boston, MA 02114

3.  **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4.  **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.  **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on December 17, 20 18.

*Michael Joseph Donovan*
Michael Joseph Donovan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

# PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____

_____

_____

Dated: _____, 20___      Signature: _____

**N.B.    TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX — BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

I HEREBY ATTEST AND CERTIFY ON
June 17, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
Asst. Clerk

# USPS Tracking®

FAQs  >  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70092250000145861822

Remove ✕

Your item was delivered to an individual at the address at 12:07 pm on December 31, 2018 in PITTSBURGH, PA 15220.

## ✅ Delivered

December 31, 2018 at 12:07 pm
Delivered, Left with Individual
PITTSBURGH, PA 15220

Feedback

## Tracking History  ︿

**December 31, 2018, 12:07 pm**
Delivered, Left with Individual
PITTSBURGH, PA 15220
Your item was delivered to an individual at the address at 12:07 pm on December 31, 2018 in PITTSBURGH, PA 15220.

**December 29, 2018**
In Transit to Next Facility

**December 25, 2018, 4:14 am**
Departed USPS Regional Facility
PITTSBURGH PA DISTRIBUTION CENTER

**December 24, 2018, 8:33 am**
Arrived at USPS Regional Facility
PITTSBURGH PA DISTRIBUTION CENTER

**December 22, 2018, 6:25 pm**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**December 22, 2018, 2:02 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

---

**Product Information**                                                        ∧

**Postal Product:**                          **Features:**
                                             Certified Mail™

---

See Less ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



# DUNBAR GOLOBOY, LLP
## COUNSELORS AT LAW

197 Portland Street
5th Floor
Boston, MA 02114
P: 617.244.3550
F: 617.248.9751

December 21, 2018

**VIA CERTIFIED MAIL R/R REQUESTED**
**ARTICLE NO.: 7009 2250 0001 4586 1822**

Raymont Edmonds
505 Ridgemont Drive
Pittsburgh, PA 15220

Re:     Mon Ethos Pro Consulting, LLC v. Raymont Edmonds,
        <u>Suffolk Superior Court, Civil Action No. 1884CV03293E</u>

Dear Mr. Edmonds:

In regard to the above matter enclosed please find copy of Summons together with Civil
Tracking Order and Complaint.

Sincerely,

Ronald W. Dunbar, Jr.

Enclosures



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.42 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.62 |

Postmark
Here

7009 2250 0001 4586 1822

*Sent To*
*Street, Apt. No.;*
*or PO Box No.*
*City, State, ZIP+4*

**Raymont Edmonds**
**505 Ridgemont Drive**
**Pittsburgh, PA 15220**

PS Form 3800, August 2006     See Reverse for Instructions

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

Feedback

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

Superior Court
Civil Action No.  1884CV03293E

| | |
|---|---|
| Mon Ethos Pro Consulting, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Raymont Edmonds, | ) |
| Defendant | ) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT

The plaintiff, Mon Ethos Pro Consulting, LLC ("Mon Ethos") hereby moves, pursuant to Mass. R. Civ. P. 55(a), that this Court enter default in favor of Mon Ethos against the defendant, Raymont Edmonds ("Edmonds").  As grounds for this Motion, Mon Ethos states the following:

1.     Mon Ethos seeks affirmative relief;

2.     Service was made on Edmonds on December 31, 2018 and filed with the Court;

3.     Edmonds has never appeared or filed any responsive pleading; and

4.     This Honorable Court should determine that the entry of default is appropriate in accordance with Mass. R. Civ. P. Rule 55(a).

WHEREFORE, the plaintiff, Mon Ethos Pro Consulting, LLC, respectfully requests that this Honorable Court enter default in its favor and against the defendant, Raymont Edmonds in accordance with Mass. R. Civ. P. 55(a).

Mon Ethos Pro Consulting, LLC
By its Attorneys,

Ronald W. Dunbar, Jr., BBO# 567023
Dunbar Law P.C.
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550 (telephone)
dunbar@dunbarlawpc.com
goloboy@dunbarlawpc.com

Dated: March 14, 2019

I HEREBY ATTEST AND CERTIFY ON
June 17, 2019 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

Asst. Clerk

# COMMONWEALTH OF MASSACHUSETTS

## SUFFOLK COUNTY SUPERION TRIAL COURT DEPARTMENT

| | | |
|---|---|---|
| Mon Ethos Pro Consulting, LLC, | ) | AFFIDAVIT OF PERSONAL SERVICE |
| Plaintiff | ) | |
| -V- | ) | |
| | ) | Civil Docket No. <u>1884-CV-03293 E</u> |
| Raymont Edmonds, | ) | |
| Defendant | ) | |

## <u>AFFIDAVIT OF PERSONAL SERVICE</u>

STATE OF PENNSYLVANIA    )
                         )
COUNTY OF ALLEGHENY      )

I, Wm. Keith Scannell do solemnly swear and/or affirm;

1. I am over the age of 18 years and I am currently a resident of Pennsylvania and not a party to this action nor have any interest in any of the parties.

2. I am a Licensed Private Investigator and Process Server in the State of Pennsylvania.

3. On <u>May 4th, 2019 at 6:47 PM</u>, I personally served <u>Mr. Raymont Edmonds</u> the Defendant, by presenting to him via personal service, a true and correct copy of the attached <u>SUMMONS and COMPLAINT</u> and making the contents known to him at <u>Soldiers and Sailors Memorial Hall  (by contestant entrance/exit) 4141 Fifth Ave, Pittsburgh, PA 15213.</u>

Further affiant saith not.

_____
Wm. Keith Scannell

Sworn to and subscribed before me this   6th day of May 2019.

_____
Notary Public

My Commission Expires: _Aug 4 2019_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jacqueline A. Smith, Notary Public
Bethel Park Boro, Allegheny County
My Commission Expires Aug. 4, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

I HEREBY ATTEST AND CERTIFY ON
<u>June 17, 2019</u> . THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk

# COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**

**SUPERIOR COURT**
**Docket No. ~~1984~~-CV-03293-E**
1884

---

MON ETHOS PRO CONSULTING, LLC,

      Plaintiff,

v.

RAYMONT EDMONDS,

      Defendant.

---

US Dist # 19-CV-11234

**NOTICE OF REMOVAL OF**
**ACTION TO FEDERAL COURT**

2019 JUN -6 P 2: 12

TO:   Civil Clerk
      Suffolk County Superior Court
      Suffolk County Courthouse, 12th Floor
      3 Pemberton Square
      Boston, MA 02108

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, on June 3, 2019,

Defendant Raymont Edmonds ("Mr. Edmonds") in the above-captioned action filed a Notice of

Removal (with attachments thereto) with the Clerk of the United States District Court for the

District of Massachusetts. Also, on that date, Mr. Edmonds served counsel for the plaintiff and

lead counsel for Mr. Edmonds with a Notice to Counsel of Notice of Removal. Copies of both

Notices are attached hereto as Exhibit A (without their respective attachments).

Respectfully submitted,

Raymont Edmonds,

By his attorneys:

_signature_

Mark M. Whitney, Esq. (BBO # 637054)
Maureen T. DeSimone, Esq. (BBO # 703358)
WHITNEY LAW GROUP, LLC
160 Washington Street
Marblehead, MA 01945
P: (781) 631-4400
E: mwhitney@whitneylawgroup.com
E: mdesimone@whitneylawgroup.com
*Local Counsel for Defendant*

John H. Rushford, Esq.
CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com
*Lead Counsel for Defendant*

Dated: June 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel by first-class U.S. Mail and a courtesy copy sent by e-mail this 3rd day of June 2019:

*Counsel for Plaintiff:*

Ronald W. Dunbar, Jr., Esq.
Dunbar Goloboy, LLP
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550
dunbar@dunbarlawpc.com

*Lead Counsel for Defendant*:

John H. Rushford, Esq.
Cafardi, Ferguson, Wyrick, Weis + Stotler, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com

_signature_

Mark M. Whitney, Esq.

I HEREBY ATTEST AND CERTIFY ON
June 17, 2019 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:

Asst. Clerk

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MON ETHOS PRO CONSULTING, LLC, | |
| Plaintiff, | Civil Action No. _____ |
| v. | |
| RAYMONT EDMONDS, | **NOTICE OF REMOVAL** |
| Defendant. | |

TO:   The Honorable Judges of the
        United States District Court
        District of Massachusetts

Petitioner Raymont Edmonds ("Mr. Edmonds"), defendant in the above-captioned matter,

states:

1.      Mr. Edmonds desires to exercise his rights under the provisions of 28 U.S.C.

§ 1441, *et seq.*, to remove this action from the Superior Court of Suffolk County,

Commonwealth of Massachusetts, in which said cause is now pending under the name and style

*Mon Ethos Pro Consulting, LLC v. Raymont Edmonds*, Civil Action No. 1984-CV-03293-E.

2.      As of the date of this filing, Mr. Edmonds has not been served with the complaint

and summons. He has, however, "received" (within the meaning of 28 U.S.C. § 1446(b)(1)) a

copy of the initial pleading on or about May 4, 2019.

3.      A copy of the Summons and Complaint and all other papers received in this case

to date are attached collectively hereto as Exhibit A (tracking order, summons and complaint)

and Exhibit B (notice of taking deposition).

4. Plaintiff's Complaint alleges that Mr. Edmonds breached a five-year exclusive personal service contract dated August 9, 2018. Plaintiff is a limited liability company with is principal place of business at 63 Summit Avenue, Winthrop, Massachusetts. Plaintiff is a citizen of the commonwealth of Massachusetts for the purposes of 28 U.S.C. § 1332. Mr. Edmonds is an individual residing at 505 Ridgemont Drive, Pittsburgh, Pennsylvania. Mr. Edmonds is a citizen of the state of Pennsylvania for the purposes of 28 U.S.C. § 1332. The amount in controversy exceeds $75,000 for the purposes of 28 U.S.C. § 1332. Accordingly, this Court has original jurisdiction over the action pursuant 28 U.S.C. § 1332 and it may be removed to this Court by Mr. Edmonds pursuant to 28 U.S.C. § 1441.

5. Mr. Edmonds is filing this Notice within thirty (30) days after his "receipt" of the initial pleading, as required by 28 U.S.C. § 1446.

6. Mr. Edmonds will promptly serve a notice to counsel for plaintiff and lead counsel for Mr. Edmonds of the filing of this Notice of Removal (attached hereto as Exhibit C) and will file a copy of this Notice of Removal with the Clerk of the Superior Court of Suffolk County, pursuant to 28 U.S.C. § 1446(d) (attached hereto as Exhibit D).

WHEREFORE, Defendant Mr. Edmonds prays that the above action now pending against him in the Superior Court of Suffolk County, Commonwealth of Massachusetts, be removed therefrom to this Court.

2

Respectfully submitted,

Raymont Edmonds,

By his attorneys:

_____
Mark M. Whitney, Esq. (BBO # 637054)
Maureen T. DeSimone, Esq. (BBO # 703358)
WHITNEY LAW GROUP, LLC
160 Washington Street
Marblehead, MA 01945
P: (781) 631-4400
E: mwhitney@whitneylawgroup.com
E: mdesimone@whitneylawgroup.com
*Local Counsel for Defendant*

John H. Rushford, Esq.
CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com
*Lead Counsel for Defendant*

Dated: June 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel by first-class U.S. Mail and a courtesy copy sent by e-mail this 3rd day of June 2019:

*Counsel for Plaintiff:*

Ronald W. Dunbar, Jr., Esq.
Dunbar Goloboy, LLP
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550
dunbar@dunbarlawpc.com

*Lead Counsel for Defendant:*

John H. Rushford, Esq.
Cafardi, Ferguson, Wyrick, Weis + Stotler, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com

_____
Mark M. Whitney, Esq.

3

**SUFFOLK, ss.**

**SUPERIOR COURT**
**Docket No. 1984-CV-03293-E**

---

MON ETHOS PRO CONSULTING, LLC,

      Plaintiff,

v.

RAYMONT EDMONDS,

      Defendant.

**NOTICE TO COUNSEL**
**OF REMOVAL OF**
**ACTION TO FEDERAL COURT**

---

TO:

*Counsel for Plaintiff:*

Ronald W. Dunbar, Jr., Esq.
Dunbar Goloboy, LLP
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550
dunbar@dunbarlawpc.com

*Lead Counsel for Defendant:*

John H. Rushford, Esq.
Cafardi, Ferguson, Wyrick, Weis + Stotler, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com

      PLEASE TAKE NOTICE that Defendant Raymont Edmonds ("Mr. Edmonds"), in the above-captioned matter, has on the 3rd day of June 2019 filed in the United States District Court of the District of Massachusetts, his Notice of Removal of the above-styled action from the Superior Court, Suffolk County, Massachusetts (a copy of the Notice is attached hereto) to the United States District Court for the District of Massachusetts, together with copies of the Complaint and other papers filed by the Plaintiff in the Superior Court, Suffolk County.

      You are also advised that Mr. Edmonds, upon filing said Notice, transmitted a Notice of Removal of Action to Federal Court to the Civil Clerk, Superior Court for Suffolk County,

Massachusetts and attached thereto copies of the following: (1) Notice of Removal (without exhibits); and (2) the Notice to Counsel of Removal of Action to Federal Court.

Such action has effected the removal of this action to the United States District Court for the District of Massachusetts, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446 and no further proceedings may be had in the state court action.

Respectfully submitted,

Raymont Edmonds,

By his attorneys:

Mark M. Whitney, Esq. (BBO # 637054)
Maureen T. DeSimone, Esq. (BBO # 703358)
WHITNEY LAW GROUP, LLC
160 Washington Street
Marblehead, MA 01945
P: (781) 631-4400
E: mwhitney@whitneylawgroup.com
E: mdesimone@whitneylawgroup.com
*Local Counsel for Defendant*

John H. Rushford, Esq.
CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com
*Lead Counsel for Defendant*

Dated: June 3, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel by first-class U.S. Mail and a courtesy copy sent by e-mail this 3rd day of June 2019:

*Counsel for Plaintiff:*

Ronald W. Dunbar, Jr., Esq.
Dunbar Goloboy, LLP
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550
dunbar@dunbarlawpc.com

*Lead Counsel for Defendant:*

John H. Rushford, Esq.
Cafardi, Ferguson, Wyrick, Weis + Stotler, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com

Mark M. Whitney, Esq.

3