UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MON ETHOS PRO CONSULTING, LLC,

       Plaintiff,

v.

RAYMONT EDMONDS,

       Defendant.

DOCKET NO: 1:19-CV-11234-ADB

## DEFENDANT'S LOCAL RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certifies that lead counsel John Rushford, Cafardi, Ferguson, Wyrick, Weis + Stotler, LLC, and Defendant, Raymont Edmonds, have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Raymont Edmonds,

By his attorneys:

*/s/ Maureen T. DeSimone*

_____
Mark M. Whitney, Esq. (BBO # 637054)
Maureen T. DeSimone, Esq. (BBO # 703358)
WHITNEY LAW GROUP, LLC
160 Washington Street
Marblehead, MA 01945
P: (781) 631-4400
E: mwhitney@whitneylawgroup.com
E: mdesimone@whitneylawgroup.com
*Local Counsel for Defendant*

John H. Rushford, Esq.
CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com
*Lead Counsel for Defendant*

Dated: November 17, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 17, 2019.

*/s/ Maureen T. DeSimone*
Maureen T. DeSimone, Esq.