UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MON ETHOS PRO CONSULTING, LLC, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 19-cv-11234-ADB |
| RAYMONT EDMONDS, | * |
| Defendant. | * |

## **SCHEDULING ORDER**

BURROUGHS, D.J.

    This Scheduling Order is intended to provide a reasonable timetable for discovery in order to help ensure a fair and just resolution of this matter without undue expense or delay. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED as follows.

    1.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served by December 13, 2019.

    2.    All motions to join parties or amend pleadings shall be served by December 20, 2019.

    3.    All fact discovery, including non-expert depositions, shall be completed by June 18, 2020.

    4.    The parties shall appear for a status conference before the Court on June 25, 2020 at 10:00 a.m. in Courtroom 17.  At that time, the Court will set a deadline for the filing of Rule 56 motions and expert discovery, if needed, and will set a date for trial.

**SO ORDERED.**

November 20, 2019  /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE