UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MON ETHOS PRO CONSULTING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>RAYMONT EDMONDS,<br><br>Defendant | Civ. A. No. 1:19-cv-11234 |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance for the defendant, Raymont Edmonds.

    Respectfully submitted,

    RAYMONT EDMONDS

    By his attorney:

    */s/ Theodore J. Folkman*

    Theodore J. Folkman (BBO No. 647642)
    FOLKMAN LLC
    53 State Street, Suite 500
    Boston, MA 02109
    (617) 219-9664
    ted@folkman.law

Dated: May 16, 2020