UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MON ETHOS PRO CONSULTING, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>RAYMONT EDMONDS,<br><br>               Defendant. | Civil Action No. 19-cv-11234-ADB |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF MARK WHITNEY**

Please withdraw the appearance of Mark M. Whitney, Esq., of Whitney Law Group, LLC, as counsel for the defendant Raymont Edmonds in the above captioned matter. Going forward, Mr. Edmonds will be represented by successor counsel, Theodore J. Folkman, Esq. (see ECF Document #16).

           Respectfully submitted,

           RAYMONT EDMONDS,

           By his attorneys:

           */s/ Mark M. Whitney*

           _____
           Mark M. Whitney, Esq. (BBO # 637054)
           Maureen T. DeSimone, Esq. (BBO # 703358)
           WHITNEY LAW GROUP, LLC
           160 Washington Street
           Marblehead, MA 01945
           P: (781) 631-4400
           E: mwhitney@whitneylawgroup.com
           E: mdesimone@whitneylawgroup.com
           *Local Counsel for Defendant*

>John H. Rushford, Esq.
>CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
>2605 Nicholson Road, Suite 2201
>Sewickley, PA 15143
>(412) 515-8900
>jrushford@cfwws.com
>*Lead Counsel for Defendant*

Dated: May 21, 2020

## CERTIFICATE OF SERVICE

I, Mark M. Whitney, counsel for Defendant Raymont Edmonds, do hereby certify that a true and accurate copy of the foregoing document, which was filed via the Court's ECF system on May 21, 2020 will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants.

>　　/s/ *Mark M. Whitney*
>Mark M. Whitney