# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MON ETHOS PRO CONSULTING, LLC,

        Plaintiff,

v.

RAYMONT EDMONDS,

        Defendant.

Civil Action No. 19-cv-11234-ADB

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MAUREEN DESIMONE

Please withdraw the appearance of Maureen T. DeSimone, Esq., of Whitney Law Group, LLC, as counsel for the defendant Raymont Edmonds in the above captioned matter. Going forward, Mr. Edmonds will be represented by successor counsel, Theodore J. Folkman, Esq. (see ECF Document #16).

        Respectfully submitted,

        RAYMONT EDMONDS,

        By his attorneys:

        */s/ Maureen T. DeSimone*

        _____
        Mark M. Whitney, Esq. (BBO # 637054)
        Maureen T. DeSimone, Esq. (BBO # 703358)
        WHITNEY LAW GROUP, LLC
        160 Washington Street
        Marblehead, MA 01945
        P: (781) 631-4400
        E: mwhitney@whitneylawgroup.com
        E: mdesimone@whitneylawgroup.com
        *Local Counsel for Defendant*

John H. Rushford, Esq.
CAFARDI, FERGUSON, WYRICK, WEIS + STOTLER, LLC
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
(412) 515-8900
jrushford@cfwws.com
*Lead Counsel for Defendant*

Dated: May 21, 2020

## **CERTIFICATE OF SERVICE**

I, Mark M. Whitney, counsel for Defendant Raymont Edmonds, do hereby certify that a true and accurate copy of the foregoing document, which was filed via the Court's ECF system on May 21, 2020 will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants.

                                                            /s/ *Mark M. Whitney*
                                                            Mark M. Whitney