UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MON ETHOS PRO CONSULTING, LLC,

Plaintiff,                              Civ. A. No. 19-11234

vs.

RAYMONT EDMONDS,

Defendant

## DEFENDANT'S ASSENTED-TO MOTION TO MODIFY SCHEDULING ORDER

The defendant, Raymont Edmonds, moves, pursuant to Fed. R. Civ. P. 16(b)(4), to modify the scheduling order (ECF 14) by extending the date to file amended pleadings to June 26, 2020, by extending the time to conduct discovery to October 23, 2020, and by continuing the status conference from June 25, 2020 to October 28, 2020 or a date thereafter that is convenient for the Court.

In support of this motion, Mr. Edmonds states that he retained new counsel on May 15, 2020, and that counsel requires a short extension of the time to amend in order to determine whether to assert any counterclaims. The parties have conferred agree that an extension of the time to complete discovery is warranted in light of the needs of the case and the COVID-19 pandemic.

Mr. Edmonds advises the Court that several of the third parties whose invoices form part of the claim for damages reside abroad. Mr. Edmonds will act promptly to take discovery from them when possible and appropriate to the needs of the case, but additional time may be required. If a request for additional time becomes necessary, Mr. Edmonds will make the request promptly when the need for it becomes clear.

Counsel for the plaintiff assents to this motion.

Respectfully submitted,

RAYMONT EDMONDS

By his attorneys:

*/s/ Theodore J. Folkman*

_____

Theodore J. Folkman (BBO No. 647642)
FOLKMAN LLC
53 State Street, Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Dated: May 22, 2020

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to L.R. 7.1, I certify that on May 22, 2020, I conferred with counsel for the plaintiff, who assented to this motion.

*/s/ Theodore J. Folkman*

_____

Theodore J. Folkman