UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MON ETHOS PRO CONSULTING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMONT EDMONDS,<br><br>Defendant | Civ. A. No. 19-11234 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Mon Ethos Pro Consulting, LLC, dismisses this action with prejudice and without costs to any party.

Respectfully submitted,

| MON ETHOS PRO CONSULTING, LLC | RAYMONT EDMONDS |
|---|---|
| By its attorney: | By his attorney: |
| */s/ Joseph J. Balliro, Jr.* | */s/ Theodore J. Folkman* |
| Joseph J. Balliro, Jr. (BBO No. 550194)<br>LAW OFFICE OF JOSEPH J. BALLIRO, JR.<br>300 Salem St.<br>Wilmington, Mass. 01887<br>(617) 823-2576<br>joeballirojr@gmail.com | Theodore J. Folkman (BBO No. 647642)<br>FOLKMAN LLC<br>53 State St., Suite 500<br>Boston, Mass. 02109<br>(617) 219-9664<br>ted@folkman.law |

Dated: June 15, 2020